## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Kelly  S. Everhart**
                **Debtor(s)**

**BK NO. 21-00740 HWV**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
14 Apr 2021, 15:55:46, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 77d3497f8f6e9677b54715e78692aa093fba4afbe5aa82c4f2af1e30a790e08b