# United States Bankruptcy Court
## Middle District of Pennsylvania

In re __Kelly S Everhart__                                   Case No.  __1:21-bk-00740__
                    Debtor(s)                                Chapter   __7__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Kelly S Everhart__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  __April 5, 2021__                  Signature  __/s/ Kelly S Everhart__
                                                    __Kelly S Everhart__
                                                    Debtor

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                          | Personnel Number..... 00502491                |
| 613 Church Street                         | Corrections                                   |
| Huntingdon PA   16652                     | Pay Period.. 09/06/2020 - 09/19/2020          |
|                                           | Fed Tax Status: Single                        |
|                                           | Fed Tax Allowances: 00   Period: 20/2020      |
| B/U:A4     Group:05     Level:14          |                                               |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 10/02/2020 | 1,318.36 | 1,983.75 | | 0.00 | | 438.53 | | 226.86 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.45 | 49.00 | 1,296.05 | 29,069.53 |
| Annual Leave Pay | 26.45 | 3.50 | 92.57 | 5,202.05 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | 26.45 | 15.00 | 396.76 | 1,444.86 |
| Holiday/Comp lieu Holiday | 26.45 | 7.50 | 198.37 | 1,370.32 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 1,983.75 | 39,492.40 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 198.99 | 3,944.10 |
| TX EE Social Security Tax | 119.92 | 2,387.60 |
| TX EE Medicare Tax | 28.04 | 558.39 |
| State             Pennsylvania | | |
| TX Withholding Tax | 59.38 | 1,182.27 |
| TX EE Unemployment Tax | 1.19 | 23.70 |
| Local             Huntingdon Borough | | |
| TX Withholding Tax | 29.01 | 577.59 |
| Local             Smithfield Township | | |
| TX Local Services Tax | 2.00 | 40.00 |
| EE Taxes | 438.53 | 8,713.65 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.59 | 982.68 |
| Deferred Compensation | 23.53 | 470.60 |
| AFSCME - 13 Union Dues | 29.76 | 589.68 |
| Full Cov Class AA/Cat 0 | 123.98 | 2,468.27 |
| Total Deductions | 226.86 | 4,511.23 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                           | Personnel Number..... 00502491              |
| 613 Church Street                          | Corrections                                 |
| Huntingdon PA  16652                       | Pay Period.. 09/20/2020 - 10/03/2020        |
|                                            | Fed Tax Status: Single                      |
|                                            | Fed Tax Allowances: 00   Period: 21/2020    |
| B/U:A4   Group:05   Level:14               |                                             |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2020 | 1,322.94 | = 1,991.70 | + | 0.00 | - | 441.08 | - | 227.68 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 13.00 | 350.74 | |
| Normal working hours | 26.45 | 60.00 | 1,587.00 | 31,007.27 |
| Annual Leave Pay | | | | 5,202.05 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | 26.98 | 2.00 | 53.96 | 1,498.82 |
| Holiday/Comp lieu Holiday | | | | 1,370.32 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 1,991.70 | 41,484.10 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 200.58 | 4,144.68 |
| TX EE Social Security Tax | 120.40 | 2,508.00 |
| TX EE Medicare Tax | 28.16 | 586.55 |
| State          Pennsylvania | | |
| TX Withholding Tax | 59.62 | 1,241.89 |
| TX EE Unemployment Tax | 1.19 | 24.89 |
| Local          Huntingdon Borough | | |
| TX Withholding Tax | 29.13 | 606.72 |
| Local          Smithfield Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| EE Taxes | 441.08 | 9,154.73 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.79 | 1,032.47 |
| Deferred Compensation | 23.53 | 494.13 |
| AFSCME - 13 Union Dues | 29.88 | 619.56 |
| Full Cov Class AA/Cat 0 | 124.48 | 2,592.75 |
| Total Deductions | 227.68 | 4,738.91 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 1:21-bk-00740-HWV   Doc 12   Filed 04/16/21   Entered 04/16/21 10:09:12   Desc
Main Document      Page 3 of 14

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                         |Personnel Number..... 00502491
|613 Church Street                        |Corrections
|Huntingdon PA   16652                    |Pay Period.. 10/04/2020 - 10/17/2020
|                                         |Fed Tax Status: Single
|                                         |Fed Tax Allowances: 00   Period: 22/2020
|B/U:A4     Group:05     Level:14         |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 10/30/2020 | 1,341.30 | 2,023.50 | 0.00 | 451.26 | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 52.50 | 1,416.45 | 32,423.72 |
| Annual Leave Pay | 26.98 | 7.50 | 202.35 | 5,404.40 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | 26.98 | 7.50 | 202.35 | 1,701.17 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 1,572.67 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 2,023.50 | 43,507.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 206.96 | 4,351.64 |
| TX EE Social Security Tax | 122.32 | 2,630.32 |
| TX EE Medicare Tax | 28.61 | 615.16 |
| State           Pennsylvania | | |
| TX Withholding Tax | 60.57 | 1,302.46 |
| TX EE Unemployment Tax | 1.21 | 26.10 |
| Local           Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 636.31 |
| Local           Smithfield Township | | |
| TX Local Services Tax | 2.00 | 44.00 |
| EE Taxes | 451.26 | 9,605.99 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 1,083.06 |
| Deferred Compensation | 23.53 | 517.66 |
| AFSCME - 13 Union Dues | 30.35 | 649.91 |
| Full Cov Class AA/Cat 0 | 126.47 | 2,719.22 |
| Total Deductions | 230.94 | 4,969.85 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                        | Personnel Number..... 00502491            |
| 613 Church Street                       | Corrections                               |
| Huntingdon PA  16652                    | Pay Period.. 10/18/2020 - 10/31/2020      |
|                                         | Fed Tax Status: Single                    |
|                                         | Fed Tax Allowances: 00   Period: 23/2020  |
| B/U:A4     Group:05      Level:14       |                                           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2020 | 1,341.30 | = | 2,023.50 | + | 0.00 | − | 451.26 | − | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 60.23 | 1,625.01 | 34,048.73 |
| Annual Leave Pay | 26.98 | 7.27 | 196.14 | 5,600.54 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | 26.98 | 7.50 | 202.35 | 1,903.52 |
| Holiday/Comp lieu Holiday | | | | 1,572.67 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 2,023.50 | 45,531.10 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 206.96 | 4,558.60 |
| TX EE Social Security Tax | 122.32 | 2,752.64 |
| TX EE Medicare Tax | 28.60 | 643.76 |
| State         Pennsylvania | | |
| TX Withholding Tax | 60.57 | 1,363.03 |
| TX EE Unemployment Tax | 1.22 | 27.32 |
| Local         Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 665.90 |
| Local         Smithfield Township | | |
| TX Local Services Tax | 2.00 | 46.00 |
| EE Taxes | 451.26 | 10,057.25 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 1,133.65 |
| Deferred Compensation | 23.53 | 541.19 |
| AFSCME - 13 Union Dues | 30.35 | 680.26 |
| Full Cov Class AA/Cat 0 | 126.47 | 2,845.69 |
| Total Deductions | 230.94 | 5,200.79 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                        | Personnel Number..... 00502491          |
| 613 Church Street                       | Corrections                             |
| Huntingdon PA   16652                   | Pay Period.. 11/01/2020 - 11/14/2020    |
|                                         | Fed Tax Status: Single                  |
|                                         | Fed Tax Allowances: 00   Period: 24/2020|
| B/U:A4      Group:05    Level:14        |                                         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 11/25/2020 | 1,341.30 | = | 2,023.50 | + | 0.00 | - | 451.26 | - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 61.77 | 1,666.55 | 35,715.28 |
| Annual Leave Pay | 26.98 | 5.73 | 154.60 | 5,755.14 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | | | | 1,903.52 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 1,775.02 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 2,023.50 | 47,554.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 206.96 | 4,765.56 |
| TX EE Social Security Tax | 122.32 | 2,874.96 |
| TX EE Medicare Tax | 28.61 | 672.37 |
| State           Pennsylvania | | |
| TX Withholding Tax | 60.57 | 1,423.60 |
| TX EE Unemployment Tax | 1.21 | 28.53 |
| Local           Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 695.49 |
| Local           Smithfield Township | | |
| TX Local Services Tax | 2.00 | 48.00 |
| EE Taxes | 451.26 | 10,508.51 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 1,184.24 |
| Deferred Compensation | 23.53 | 564.72 |
| AFSCME - 13 Union Dues | 30.35 | 710.61 |
| Full Cov Class AA/Cat 0 | 126.47 | 2,972.16 |
| Total Deductions | 230.94 | 5,431.73 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 1:21-bk-00740-HWV   Doc 12   Filed 04/16/21   Entered 04/16/21 10:09:12    Desc
Main Document    Page 6 of 14

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                         | Personnel Number..... 00502491              |
| 613 Church Street                        | Corrections                                 |
| Huntingdon PA  16652                     | Pay Period.. 11/15/2020 - 11/28/2020        |
|                                          | Fed Tax Status: Single                      |
|                                          | Fed Tax Allowances: 00   Period: 25/2020    |
| B/U:A4     Group:05    Level:14          |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/2020 | 1,341.29 | = | 2,023.50 | + | 0.00 | - | 451.27 | - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 55.47 | 1,496.58 | 37,090.19 |
| Annual Leave Pay | 26.98 | 4.53 | 122.22 | 5,877.36 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | | | | 2,025.19 |
| Holiday/Comp lieu Holiday | 26.98 | 15.00 | 404.70 | 2,179.72 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 2,023.50 | 49,578.10 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 206.96 | 4,972.52 |
| TX EE Social Security Tax | 122.32 | 2,997.28 |
| TX EE Medicare Tax | 28.61 | 700.98 |
| State           Pennsylvania | | |
| TX Withholding Tax | 60.57 | 1,484.17 |
| TX EE Unemployment Tax | 1.22 | 29.75 |
| Local           Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 725.08 |
| Local           Smithfield Township | | |
| TX Local Services Tax | 2.00 | 50.00 |
| EE Taxes | 451.27 | 10,959.78 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 1,234.83 |
| Deferred Compensation | 23.53 | 588.25 |
| AFSCME - 13 Union Dues | 30.35 | 740.96 |
| Full Cov Class AA/Cat 0 | 126.47 | 3,098.63 |
| Total Deductions | 230.94 | 5,662.67 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                          |Personnel Number..... 00502491                    |
|613 Church Street                         |Corrections                                       |
|Huntingdon PA  16652                      |Pay Period.. 11/29/2020 - 12/12/2020              |
|                                          |Fed Tax Status: Single                            |
|                                          |Fed Tax Allowances: 00    Period: 26/2020         |
|B/U:A4     Group:05     Level:14          |                                                  |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 12/24/2020 | 1,370.90 | = | 2,023.50 | + | 0.00 | - | 459.60 | - | 193.00 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 32.00 | 863.36 | 37,953.55 |
| Annual Leave Pay | | | | 5,877.36 |
| Paid-Office Closing | | | | 2,222.24 |
| Sick Leave Pay | 26.98 | 20.50 | 553.09 | 2,578.28 |
| Emergency Sick | 26.98 | 22.50 | 607.05 | 607.05 |
| Holiday/Comp lieu Holiday | | | | 2,179.72 |
| OT 1.0 | | | | 66.13 |
| OT 1.5 | | | | 59.52 |
| Higher Class Pay-Base | | | | 57.75 |
| Total Gross | | | 2,023.50 | 51,601.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 215.31 | 5,187.83 |
| TX EE Social Security Tax | 122.32 | 3,119.60 |
| TX EE Medicare Tax | 28.60 | 729.58 |
| State          Pennsylvania | | |
| TX Withholding Tax | 60.57 | 1,544.74 |
| TX EE Unemployment Tax | 1.21 | 30.96 |
| Local          Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 754.67 |
| Local          Smithfield Township | | |
| TX Local Services Tax | 2.00 | 52.00 |
| EE Taxes | 459.60 | 11,419.38 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 1,285.42 |
| Deferred Compensation | 23.53 | 611.78 |
| AFSCME - 13 Union Dues | 30.35 | 771.31 |
| Full Cov Class AA/Cat 0 | 88.53 | 3,187.16 |
| Total Deductions | 193.00 | 5,855.67 |

Non Cash Compensation

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                         |Personnel Number..... 00502491          |
|613 Church Street                        |Corrections                             |
|Huntingdon PA  16652                     |Pay Period.. 12/13/2020 - 12/26/2020    |
|                                         |Fed Tax Status: Single                  |
|                                         |Fed Tax Allowances: 00   Period: 01/2021|
|B/U:A4     Group:05     Level:14         |                                        |
|_____|_____|
|  Pay Date      Payment Amount  =   Gross    +    Reim.    -    Taxes    -   Deds.|
|  01/08/2021        1,341.30    =  2,023.50  +    0.00     -   451.26    -  230.94|
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 55.93 | 1,508.99 | 1,508.99 |
| Annual Leave Pay | 26.98 | 3.57 | 96.32 | 96.32 |
| Paid-Office Closing | 26.98 | 7.00 | 188.86 | 188.86 |
| Sick Leave Pay | 26.98 | 1.00 | 26.98 | 26.98 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 202.35 |
| Total Gross | | | 2,023.50 | 2,023.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 206.96 | 206.96 |
| TX EE Social Security Tax | 122.32 | 122.32 |
| TX EE Medicare Tax | 28.61 | 28.61 |
| State              Pennsylvania | | |
| TX Withholding Tax | 60.57 | 60.57 |
| TX EE Unemployment Tax | 1.21 | 1.21 |
| Local              Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 29.59 |
| Local              Smithfield Township | | |
| TX Local Services Tax | 2.00 | 2.00 |
| EE Taxes | 451.26 | 451.26 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 50.59 |
| Deferred Compensation | 23.53 | 23.53 |
| AFSCME - 13 Union Dues | 30.35 | 30.35 |
| Full Cov Class AA/Cat 0 | 126.47 | 126.47 |
| Total Deductions | 230.94 | 230.94 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                    |Personnel Number..... 00502491
|613 Church Street                   |Corrections
|Huntingdon PA   16652               |Pay Period.. 12/27/2020 - 01/09/2021
|                                    |Fed Tax Status: Single
|                                    |Fed Tax Allowances: 00   Period: 02/2021
|B/U:A4      Group:05    Level:14    |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | 1,344.16 | = | 2,023.50 | + | 0.00 | - | 448.40 | - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 59.48 | 1,604.77 | 3,113.76 |
| Annual Leave Pay | 26.98 | 0.52 | 14.03 | 110.35 |
| Paid-Office Closing | | | | 188.86 |
| Sick Leave Pay | 26.98 | 7.50 | 202.35 | 229.33 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 404.70 |
| Total Gross | | | 2,023.50 | 4,047.00 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 204.10 | 411.06 |
| TX EE Social Security Tax | | 122.32 | 244.64 |
| TX EE Medicare Tax | | 28.60 | 57.21 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 60.57 | 121.14 |
| TX EE Unemployment Tax | | 1.22 | 2.43 |
| Local | Huntingdon Borough | | |
| TX Withholding Tax | | 29.59 | 59.18 |
| Local | Smithfield Township | | |
| TX Local Services Tax | | 2.00 | 4.00 |
| EE Taxes | | 448.40 | 899.66 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 101.18 |
| Deferred Compensation | 23.53 | 47.06 |
| AFSCME - 13 Union Dues | 30.35 | 60.70 |
| Full Cov Class AA/Cat 0 | 126.47 | 252.94 |
| Total Deductions | 230.94 | 461.88 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                        |Personnel Number..... 00502491
|613 Church Street                       |Corrections
|Huntingdon PA   16652                   |Pay Period.. 01/10/2021 - 01/23/2021
|                                        |Fed Tax Status: Single
|                                        |Fed Tax Allowances: 00   Period: 03/2021
|B/U:A4      Group:05    Level:14        |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 02/05/2021 | 1,432.95 = | 2,023.50 + | 0.00 - | 473.44 - | 117.11 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 22.50 | 607.05 | 2,911.41 |
| Annual Leave Pay | | | | 110.35 |
| Paid-Office Closing | | | | 188.86 |
| Sick Leave Pay | | | | 229.33 |
| Sick Family Leave | 26.98 | 7.50 | 202.35 | 202.35 |
| Emergency Sick | 26.98 | 37.50 | 1,011.75 | 1,821.15 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 607.05 |
| Total Gross | | | 2,023.50 | 6,070.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 229.14 | 640.20 |
| TX EE Social Security Tax | 122.32 | 366.96 |
| TX EE Medicare Tax | 28.61 | 85.82 |
| State           Pennsylvania | | |
| TX Withholding Tax | 60.57 | 181.71 |
| TX EE Unemployment Tax | 1.21 | 3.64 |
| Local           Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 88.77 |
| Local           Smithfield Township | | |
| TX Local Services Tax | 2.00 | 6.00 |
| EE Taxes | 473.44 | 1,373.10 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 151.77 |
| Deferred Compensation | 23.53 | 70.59 |
| AFSCME - 13 Union Dues | 30.35 | 91.05 |
| Full Cov Class AA/Cat 0 | 12.64 | 265.58 |
| Total Deductions | 117.11 | 578.99 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 1:21-bk-00740-HWV   Doc 12   Filed 04/16/21   Entered 04/16/21 10:09:12   Desc
Main Document     Page 11 of 14

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                         | Personnel Number..... 00502491              |
| 613 Church Street                        | Corrections                                 |
| Huntingdon PA  16652                     | Pay Period.. 01/24/2021 - 02/06/2021        |
|                                          | Fed Tax Status: Single                      |
|                                          | Fed Tax Allowances: 00    Period: 04/2021   |
| B/U:A4    Group:05    Level:14           |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/19/2021 | 1,344.15 | = | 2,023.50 | + | 0.00 | - | 448.41 | - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 54.18 | 1,461.78 | 4,373.19 |
| Annual Leave Pay | | | | 110.35 |
| Paid-Office Closing | 26.98 | 15.00 | 404.70 | 593.56 |
| Sick Leave Pay | 26.98 | 5.82 | 157.02 | 386.35 |
| Sick Family Leave | | | | 202.35 |
| Emergency Sick | | | | 1,821.15 |
| Holiday/Comp lieu Holiday | | | | 607.05 |
| Total Gross | | | 2,023.50 | 8,094.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 204.10 | 844.30 |
| TX EE Social Security Tax | 122.32 | 489.28 |
| TX EE Medicare Tax | 28.61 | 114.43 |
| State          Pennsylvania | | |
| TX Withholding Tax | 60.57 | 242.28 |
| TX EE Unemployment Tax | 1.22 | 4.86 |
| Local          Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 118.36 |
| Local          Smithfield Township | | |
| TX Local Services Tax | 2.00 | 8.00 |
| EE Taxes | 448.41 | 1,821.51 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 202.36 |
| Deferred Compensation | 23.53 | 94.12 |
| AFSCME - 13 Union Dues | 30.35 | 121.40 |
| Full Cov Class AA/Cat 0 | 126.47 | 392.05 |
| Total Deductions | 230.94 | 809.93 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 1:21-bk-00740-HWV    Doc 12    Filed 04/16/21    Entered 04/16/21 10:09:12    Desc
Main Document    Page 12 of 14

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Kelly S Everhart                              | Personnel Number..... 00502491              |
| 613 Church Street                             | Corrections                                 |
| Huntingdon PA  16652                          | Pay Period.. 02/07/2021 - 02/20/2021        |
|                                               | Fed Tax Status: Single                      |
|                                               | Fed Tax Allowances: 00   Period: 05/2021    |
| B/U:A4    Group:05   Level:14                 |                                             |
```

| Pay Date   | Payment Amount = | Gross   + | Reim. - | Taxes  - | Deds.  |
|---|---|---|---|---|---|
| 03/05/2021 | 1,344.16       = | 2,023.50 + | 0.00  - | 448.40 - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 63.50 | 1,713.23 | 6,086.42 |
| Annual Leave Pay | 26.98 | 2.00 | 53.96 | 164.31 |
| Paid-Office Closing | 26.98 | 2.00 | 53.96 | 647.52 |
| Sick Leave Pay | | | | 386.35 |
| Sick Family Leave | | | | 202.35 |
| Emergency Sick | | | | 1,821.15 |
| Holiday/Comp lieu Holiday | 26.98 | 7.50 | 202.35 | 809.40 |
| Total Gross | | | 2,023.50 | 10,117.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal             Federal | | |
| TX Withholding Tax | 204.10 | 1,048.40 |
| TX EE Social Security Tax | 122.32 | 611.60 |
| TX EE Medicare Tax | 28.61 | 143.04 |
| State               Pennsylvania | | |
| TX Withholding Tax | 60.57 | 302.85 |
| TX EE Unemployment Tax | 1.21 | 6.07 |
| Local               Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 147.95 |
| Local               Smithfield Township | | |
| TX Local Services Tax | 2.00 | 10.00 |
| EE Taxes | 448.40 | 2,269.91 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 252.95 |
| Deferred Compensation | 23.53 | 117.65 |
| AFSCME - 13 Union Dues | 30.35 | 151.75 |
| Full Cov Class AA/Cat 0 | 126.47 | 518.52 |
| Total Deductions | 230.94 | 1,040.87 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Kelly S Everhart                         |Personnel Number..... 00502491
|613 Church Street                        |Corrections
|Huntingdon PA  16652                     |Pay Period.. 02/21/2021 - 03/06/2021
|                                         |Fed Tax Status: Single
|                                         |Fed Tax Allowances: 00    Period: 06/2021
|B/U:A4     Group:05    Level:14          |
```

| Pay Date | Payment Amount = | Gross  | + | Reim. | - | Taxes  | - | Deds.  |
|----------|------------------|--------|---|-------|---|--------|---|--------|
| 03/19/2021 | 1,344.17       | 2,023.50 | + | 0.00 | - | 448.39 | - | 230.94 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.98 | 69.62 | 1,878.35 | 7,964.77 |
| Annual Leave Pay | 26.98 | 0.38 | 10.25 | 174.56 |
| Paid-Office Closing | | | | 647.52 |
| Sick Leave Pay | 26.98 | 5.00 | 134.90 | 521.25 |
| Sick Family Leave | | | | 202.35 |
| Emergency Sick | | | | 1,821.15 |
| Holiday/Comp lieu Holiday | | | | 809.40 |
| Total Gross | | | 2,023.50 | 12,141.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 204.10 | 1,252.50 |
| TX EE Social Security Tax | 122.32 | 733.92 |
| TX EE Medicare Tax | 28.60 | 171.64 |
| State            Pennsylvania | | |
| TX Withholding Tax | 60.57 | 363.42 |
| TX EE Unemployment Tax | 1.21 | 7.28 |
| Local            Huntingdon Borough | | |
| TX Withholding Tax | 29.59 | 177.54 |
| Local            Smithfield Township | | |
| TX Local Services Tax | 2.00 | 12.00 |
| EE Taxes | 448.39 | 2,718.30 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 50.59 | 303.54 |
| Deferred Compensation | 23.53 | 141.18 |
| AFSCME - 13 Union Dues | 30.35 | 182.10 |
| Full Cov Class AA/Cat 0 | 126.47 | 644.99 |
| Total Deductions | 230.94 | 1,271.81 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|