Certificate Number: 17572-PAM-DE-035630337

Bankruptcy Case Number: 21-00740



17572-PAM-DE-035630337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 2, 2021, at 4:51 o'clock PM PDT, Kelly S Everhart completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 2, 2021

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor