In re:  Case No. 21-00740-HWV

Kelly S. Everhart  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 2

Date Rcvd: Jul 08, 2021      Form ID: 318      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly S. Everhart, 613 Church St, Huntingdon, PA 16652-1703 |
| 5401208 | + | Community State Bank, 761 Elliott St, Orbisonia, PA 17243-9457 |
| 5401211 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5401213 | + | Spe Federal Credit Uni, 650 Science Park Rd, State College, PA 16803-2220 |
| 5401214 | + | Spe Federal Credit Union, 650 Science Park Rd, State College, PA 16803-2220 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 08 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5401203 | + | EDI: CAPITALONE.COM | Jul 08 2021 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5401204 | + | EDI: CITICORP.COM | Jul 08 2021 22:43:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 5401205 | | EDI: WFNNB.COM | Jul 08 2021 22:43:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 5401206 | + | EDI: WFNNB.COM | Jul 08 2021 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5401207 | + | EDI: WFNNB.COM | Jul 08 2021 22:43:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5401209 | + | EDI: DISCOVER.COM | Jul 08 2021 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5401210 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 08 2021 18:37:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5401212 | + | Email/Text: bankruptcynotices@psecu.com | Jul 08 2021 18:37:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5401355 | + | EDI: RMSC.COM | Jul 08 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5401215 | + | EDI: RMSC.COM | Jul 08 2021 22:43:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5401216 | + | EDI: RMSC.COM | Jul 08 2021 22:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5401217 | + | EDI: RMSC.COM | Jul 08 2021 22:43:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5401218 | | EDI: USBANKARS.COM | Jul 08 2021 22:43:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

| District/off: 0314-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 318 | Total Noticed: 19 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| Shawn B. Cohen | on behalf of Debtor 1 Kelly S. Everhart shawn@attyshawncohen.com notices@attyshawncohen.com;centralpabk@gmail.com;notices2@attyshawncohen.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

Debtor 1: Kelly S. Everhart
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court   Middle District of Pennsylvania

Case number: 1:21-bk-00740-HWV

Social Security number or ITIN   xxx-xx-8135
EIN   __-_____

Social Security number or ITIN   ____
EIN   __-_____

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly S. Everhart

7/8/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**